**Order filed June 18, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00397-CV
_____

**BENEDICT EMESOWUM, Appellant**

**V.**

**CHRISTMAS EVE MORGAN, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1024921**

## ORDER

This is an appeal from a take nothing judgment signed by the trial court on April 29, 2013. On May 8, 2013, the official court reporter for Harris County Court at Law No. 1, Lettie B. Witter, filed a notice in this court stating that there is no reporter's record in this case. On May 21, 2013, appellant filed a docketing statement in this appeal. *See* Tex. R. App. P. 32.1. In his docketing statement, appellant stated that there is a reporter's record and he requested its preparation on May 6, 2013.

The official court reporter is required to file the reporter's record if: (1) a notice of appeal is filed; (2) appellant has requested preparation of the reporter's record; and (3) appellant has paid for, or made satisfactory payment arrangements for, preparation of the reporter's record, or is entitled to appeal without paying the fee. *See* Tex. R. App. P. 35.3(b).

On June 10, 2013, this court issued an order affirming the trial court's order sustaining the contest to appellant's affidavit of indigence. Accordingly, appellant is required to pay for preparation of the reporter's record from the trial. If appellant does not pay the fee for preparation of the record, after providing appellant with notice and an opportunity to cure, the appellate court may consider and decide those issues that do not require a reporter's record for decision. *See* Tex. R. App. P. 37.3(b).

On June 3, 2013, appellant, who is pro se, filed a brief in this appeal. In his brief, appellant challenges the sufficiency of the evidence to support the trial court's judgment. He also refers to testimony at trial and states that the court reporter was present. Accordingly, we issue the following order to clarify the status of the reporter's record in this case:

We **ORDER Lettie B. Witter,** the official court reporter, to file a sworn statement as to the status of the reporter's record in this case, including whether the trial on or about April 29, 2013, was reported. If the trial was not reported, the statement shall include the reason why it was not reported. *See* Tex. R. App. P. 13.1(a) (stating the official court reporter shall attend court sessions and make a full record of the proceedings unless excused by agreement of the parties). The sworn statement shall be filed with the clerk of this court on or before **July 8, 2013.**

PER CURIAM

2